# United States Court of Appeals for the Fifth Circuit

---

No. 22-11051
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
August 3, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Reginald Rayshawn Taylor,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CR-95-1

---

Before King, Haynes, and Higginson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Reginald Rayshawn Taylor has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Taylor has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-11051

appellate review.[1]  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

_____

[1] Prior to the appointment of counsel for the appeal, Taylor filed this appeal pro se referencing a desire to bring a claim for ineffective assistance of counsel under 28 U.S.C. § 2255. Because this is a direct appeal of the original judgment, that statute is not properly before us. Our dismissal does not preclude the filing of an appropriate § 2255 claim in the district court.